UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

ROBERT PETROPOULOS, II,

    Plaintiff,

vs.

                        Case No. 1:22-cv-11183-DJC

TDC PROPERTY BOYLSTON, et al,

    Defendants.
_____/

## NOTICE OF DISMISSAL WITH PREJUDICE

Plaintiff, by and through his undersigned counsel, hereby dismisses this action with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Respectfully submitted this 27th day of September, 2022.

                                          s/Lee D. Sarkin
                                          LEE D. SARKIN, ESQ.
                                          Attorney For Plaintiff
                                          BBO No. 710006
                                          E-mail: LSarkin@aol.com
                                          2 Burlington Woods Drive
                                          Suite 100
                                          Burlington, Ma. 01803
                                          Telephone (781) 222-4032